## J. E. MOSS v. STATE.
### No. 14793.

Court of Criminal Appeals of Texas.

Oct. 28, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is burglary; penalty assessed at confinement in the penitentiary for five years.

It has been made known to this court by the affidavit of the sheriff of Clay county that the appellant, pending his appeal, escaped from the jail of said county and did not voluntarily return within ten days. By reason of

such escape, this court is deprived of jurisdiction of the appeal. See article 824, C. C. P. 1925.

The appeal is dismissed.